```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

PATRICK GIRAUD, ET AL.                    CIVIL ACTION

VERSUS                                    NO: 07-85

LIBERTY MUTUAL INSURANCE                  SECTION: "J"(4)
COMPANY, ET AL.

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant Liberty Mutual Insurance Company's **Rule 12(c) Motion to Dismiss Plaintiffs' Extra Contractual Claims (Rec. Doc. 29)**, set for hearing on August 6, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Liberty Mutual Insurance Company's **Rule 12(c) Motion to Dismiss Plaintiffs' Extra Contractual Claims (Rec. Doc. 29)** is **GRANTED** and that all claims of Plaintiffs against Defendant Liberty Mutual Insurance Company except Plaintiffs' breach of contract claim are dismissed with

prejudice at Plaintiffs' costs.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 20th day of August, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE